**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-7299**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ADRIAN CLARK, a/k/a L.A.,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Northern Dis-
trict of West Virginia, at Martinsburg.  W. Craig Broadwater, Dis-
trict Judge.  (CR-96-20, CA-98-54-3)

———————————

Submitted:  January 13, 2000        Decided:  January 20, 2000

———————————

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Adrian Clark, Appellant Pro Se. David Earl Godwin, Assistant United
States Attorney, Clarksburg, West Virginia; Thomas Oliver Mucklow,
Assistant United States Attorney, Martinsburg, West Virginia, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Adrian Clark seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Clark, Nos. CR-96-20; CA-98-54-3 (N.D.W. Va. Sept. 3, 1999). Additionally, we decline to address the issue of ineffective assistance of counsel, which was raised for the first time on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2